# ATTACHMENT B



# STATE OF RHODE ISLAND
# COMMISSION FOR HUMAN RIGHTS



180 Westminster Street, Providence, RI 02903   Tel. 401-222-2661   Fax: 401-222-2616   Voice Relay: 711

Michael D. Évora, Esquire
Executive Director

February 27, 2026

Brendan Ryan, Esq.
Adler, Pollock & Sheehan P.C.
100 Westminster Street, 16th Floor
Providence, RI 02903

RE:    RICHR NO. 24 EMP 212
       Aoua Royster vs. City of Providence by and through its acting treasurer Lance Cardillo
       and City of Providence / Public Works Dept

Dear Attorney Ryan,

On February 27, 2026, a Preliminary Investigating Commissioner carefully reviewed and considered the information gathered during the course of the investigation by members of the Commission staff.  The Commissioner determined that there is **no probable cause** with respect to the allegations of **discriminatory terms and conditions of employment, retaliation and termination on the basis of gender and religion**. This concludes the Commission processing of those portions of the charge. The complainant may have other remedies with respect to this part of the ruling.  Please consult the attached sheet.

The Preliminary Investigating Commissioner determined that there is **probable cause** to believe that the respondent has violated the Rhode Island Fair Employment Practices Act, Title 28, Chapter 5 of the General Laws of Rhode Island with respect to the allegations of **discriminatory terms and conditions of employment, retaliation and termination on the basis of race.**

R.I.G.L. Section 28-5-24.1(c) provides as follows:

> (c) As to cases commenced in the commission after the effective date of this act, the complainant or the respondent may elect within twenty (20) days after receipt of a finding of probable cause, to terminate by written notice to the commission all proceedings before the commission and have the case heard in the superior court.  In the event of an election to terminate the proceedings, the commission shall issue a right to sue letter to the complainant with a copy of the letter sent to all parties.  The complainant shall have the right to commence suit in the superior court within any county as provided in § 28-5-28 within ninety (90) days of the

date of the right to sue letter.  Either party may claim a trial by jury in the superior court.  Notwithstanding the termination of proceedings before the commission upon the granting of the right to sue notice, the parties may agree to have the commission seek to conciliate or mediate settlement of the case within the ninety (90) day period in which the complainant has the right to commence suit in superior court.

If either party wants the above-entitled matter, with respect to the alleged discrimination on the basis of race and color, and retaliation for opposing unlawful employment practices heard and decided in Superior Court, that party must notify the Commission in writing within twenty (20) days of his/her receipt of this letter.  The notice of election should be addressed to me at the above address and a copy sent to all of the parties.  If such an election is made, the Commission will issue a right to sue notice to the complainant who will then have ninety (90) days to commence suit in Superior Court.  Any party may claim a trial by jury in the Superior Court.

If no party makes the election discussed above, the Commission will continue to process the case.

Should you wish the Commission to assist in the possible resolution/conciliation of this matter, please contact the conciliator listed below.

Sincerely,

Michael D. Évora, Esq.
Executive Director

NOTE:  Conciliator:  Michael D. Évora, 222-7561

MDE/zr
CC: