# ATTACHMENT C

STATE OF RHODE ISLAND
COMMISSION FOR HUMAN RIGHTS

RICHR NO. 24 EMP 212

In the matter of

Aoua Royster
        Complainant

v.                                                    **NOTICE OF RIGHT TO SUE**

City of Providence by and through its acting treasurer Lance Cardillo and City of
Providence / Public Works Dept
        Respondents

This NOTICE OF RIGHT TO SUE is issued to the above cited complainant pursuant to Section 28-5-24.1(a) of the General Laws of Rhode Island because more than one hundred and twenty (120) days and less than two (2) years have elapsed since the charge was filed, the Commission is unable to secure a settlement or conciliation agreement, the Commission has not commenced hearings on a complaint and the complainant has requested a Right to Sue.  It is also issued pursuant to Section 28-5-24.1(c) of the General Laws of Rhode Island because the respondent has elected to have the case heard and decided in superior court.  With the issuance of the NOTICE OF RIGHT TO SUE, the Commission is terminating any further processing of this charge.  If the parties agree, the Commission can seek to conciliate or mediate the settlement of this case within the next ninety (90) days.  Such conciliation or mediation efforts will NOT extend the time period within which the complainant must bring suit.

In the event that the above-cited matter includes allegations against individually-named employees of a respondent employer under the Rhode Island Fair Employment Practices Act, please note that recent Rhode Island Supreme Court decision in Mancini v. City of Providence, 155 A.3d 159 (RI 2017), held that employees of a respondent employer are not individually liable under the Act.  Please consult the decision and/or an attorney to determine how the decision affects this case.  The decision also may be found at: https://www.courts.ri.gov/Courts/SupremeCourt/SupremeOpinions/14-88.pdf

If you intend to sue, **YOU MUST DO SO WITHIN NINETY (90) DAYS FROM THE DATE OF THIS NOTICE; OTHERWISE THE RIGHT TO SUE IS LOST.**

On Behalf of the Commission

3/6/2026

Date

Michael D. Évora
Executive Director

## CERTIFICATION

I certify that on March 6, 2026, I sent out a **NOTICE OF RIGHT TO SUE** regarding Aoua Royster vs. City of Providence by and through its acting treasurer Lance Cardillo and City of Providence/Public Works Dept., RICHR NO. 24 EMP 212 to the following persons:

| | |
|---|---|
| Aoua Royster<br>C/O David S. Cass, Esq.<br>50 South Main Street<br>Providence, RI  02903 | Mayor Brett Smiley<br>City Of Providence<br>25 Dorrance Street<br>Providence, RI  02903 |
| David S. Cass, Esq.<br>50 South Main Street<br>Providence, RI  02903 | Lance Cardillo, Acting Treasurer<br>City Of Providence<br>25 Dorrance Street<br>Providence, RI  02903 |
| | Patricia A. Coyne-Fague, Director<br>City Of Providence<br>Public Works Department<br>700 Allens Avenue<br>Providence, RI  02905 |
| | Brendan Ryan, Esq.<br>Adler, Pollock & Sheehan P.C.<br>100 Westminster Street, 16th Floor<br>Providence, RI 02903 |
| | *Zaida Rivera*<br>Zaida Rivera<br>Chief Clerk<br>Friday, March 6, 2026 |